JENNIFER CLARK
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2nd Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
E-mail: Jennifer.Clark2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

NOV 19 2020

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 20-49-M-DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION |
| TAYLOR RAY BOGARD, | Title 18 U.S.C. § 922(g)(1) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |
| Defendant. | CRIMINAL FORFEITURE Title 18 U.S.C. § 924(d)(1) |

THE GRAND JURY CHARGES:

That on or about February 8, 2020, at Missoula, in Missoula County, in the

State and District of Montana, the defendant, TAYLOR RAY BOGARD, knowing

1

he had been convicted on or about February 15, 2017, of a crime punishable for a term exceeding one year under the laws of the State of Montana, knowingly possessed, in an affecting interstate commerce, firearms and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense set forth in this indictment, the defendant, TAYLOR RAY BOGARD, shall forfeit, pursuant to 18 U.S.C. § 924(d)(1), any firearms and ammunition involved in any knowing violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

KURT G. ALME
United States Attorney

for JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ (State custody)
Bail: _____

2