IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20–49–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| TAYLOR RAY BOGARD, | |
| Defendant. | |

Before the Court is Defendant Taylor Ray Bogard's Unopposed Motion to Withdraw Motion to Strike Government's Certification for Appeal.   (Doc. 32.) The Government's appeal has been dismissed by the Ninth Circuit, and so Bogard asserts his prior motion is rendered moot.  (*Id.*)

IT IS ORDERED that the Motion (Doc. 32) is GRANTED.  Bogard's Motion to Strike (Doc. 30) is DENIED as moot.

DATED this 15th day of June, 2021.


Dana L. Christensen, District Judge
United States District Court

1