IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 20–49–M–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TAYLOR RAY BOGARD, | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion to Dismiss Indictment. (Doc. 35.) Following the Court's grant of Defendant Taylor Ray Bogard's motion to suppress (Doc. 26), the Government seeks dismissal of its case without prejudice. (Doc. 35 at 1.)

IT IS ORDERED that the Motion (Doc. 35) is GRANTED. The Indictment (Doc. 1) is DISMISSED without prejudice.

DATED this 24th day of June, 2021.

Dana L. Christensen, District Judge
United States District Court